In the Matter of UNITED PIECE DYE WORKS, Respondent, against LAZARUS JOSEPH, as Comptroller of the City of New York, et al., Appellants.

Submitted October 4, 1954; decided October 7, 1954.

Motion to amend the remittitur of this court dated July 14, 1954, granted by inserting after the words '' be and the same hereby is affirmed, with costs '', the words '' upon the sole ground that the General Business and Financial Tax Law of the City of New York as here applied violates the commerce clause (art. I, § 8, cl. 3) of the Constitution of the United States ''. [See 307 N. Y. 780.]